| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Franchise Wholesale Co., L.L.C.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA Wildhorse Distributing

**3. Debtor's federal Employer Identification Number (EIN)**  
43-1797518

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4114 N Pecos Rd. Ste. 105 Las Vegas, NV 89115 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Clark | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
www.wildhorsedist.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Franchise Wholesale Co., L.L.C.**            Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __4249__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Franchise Wholesale Co., L.L.C.**     Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship
District     When     Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency
      Contact name
      Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Franchise Wholesale Co., L.L.C.**    Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ■ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Franchise Wholesale Co., L.L.C.**　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**July 7, 2021**
　　　　　　　MM / DD / YYYY

X **/s/ Keith H. Merrick**　　　　　　　　　　　　　　　　**Keith H. Merrick**
Signature of authorized representative of debtor　　　Printed name

Title　**Vice President & Secretary**

---

**18. Signature of attorney**

X **/s/ Rebecca F. Redwine**　　　　　　　　　　　　Date　**July 7, 2021**
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

**Rebecca F. Redwine**
Printed name

**Hendren, Redwine & Malone, PLLC**
Firm name

**4600 Marriott Drive**
**Suite 150**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone　**(919) 420-7867**　　　Email address　**rredwine@hendrenmalone.com**

**NC State Bar 37012 NC**
Bar number and State

Debtor **Franchise Wholesale Co., L.L.C.**     Case number (*if known*) _____
       Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Big South Distribution, LLC** | | Relationship to you | **Affiliate** |
| District | **Eastern District of North Carolina (Raleigh)** | When _____ | Case number, if known | |
| Debtor | **King Maker Marketing, Inc.** | | Relationship to you | **Affiliate** |
| District | **Eastern District of North Carolina (Raleigh)** | When _____ | Case number, if known | |
| Debtor | **Premier Manufacturing, Inc.** | | Relationship to you | **Affiliate** |
| District | **Eastern District of North Carolina (Raleigh)** | When _____ | Case number, if known | |
| Debtor | **U.S. Flue-Cured Tobacco Growers, Inc.** | | Relationship to you | **Affiliate** |
| District | **Eastern District of North Carolina (Raleigh)** | When _____ | Case number, if known | |
| Debtor | **U.S. Tobacco Cooperative Inc.** | | Relationship to you | **Parent** |
| District | **Eastern District of North Carolina (Raleigh)** | When _____ | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Franchise Wholesale Co., L.L.C.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 7, 2021**        X **/s/ Keith H. Merrick**
                                       Signature of individual signing on behalf of debtor

                                       **Keith H. Merrick**
                                       Printed name

                                       **Vice President & Secretary**
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Franchise Wholesale Co., L.L.C.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known): 

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Altadis Usa Inc.<br>2626 Glenwood Ave, Ste. 550<br>Raleigh, NC 27608 | | | | | | $1,756.55 |
| Colorado Dept. of Revenue<br>1375 Sherman St<br>Denver, CO 80261 | | | | | | $58,044.00 |
| Idaho State Tax Commission<br>800 E Park Blvd<br>Boise, ID 83707 | | | | | | $20,137.60 |
| Iowa Dept. of Revenue<br>1305 E Walnut<br>Des Moines, IA 50319 | | | | | | $159,936.00 |
| Kretek International<br>5449 Endeavor Court<br>Moorpark, CA 93021 | | | | | | $5,345.90 |
| Main Distribution<br>3982 Powell Rd. #202<br>Powell, OH 43065 | | | | | | $1,282.00 |
| National Tobacco<br>5201 Interchange Way<br>Louisville, KY 40229 | | | | | | $0.00 |
| Nevada Department of Taxation<br>2550 Paseo Verde Pkwy<br>Ste. 180<br>Henderson, NV 89074 | | | | | | $0.00 |

Debtor  **Franchise Wholesale Co., L.L.C.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **New Image Global**  15265 Alton Pkwy  Suite 120  Irvine, CA 92618 | | | | | | $2,350.00 |
| **Optum Bank**  12921 S Vista Station Blvd  Draper, UT 84020 | | | | | | $223.24 |
| **Red Stamp Inc.**  3800 Patterson Ave. SE  Grand Rapids, MI 49512 | | | | | | $15,605.70 |
| **Show Cigars**  8109 NW 29th St  Miami, FL 33122 | | | | | | $5,034.25 |
| **Vam Tobacco Company Inc.**  306 Fletcher Dr.  Hurricane, WV 25526-9113 | | | | | | $0.00 |
| **Vector Tobacco**  PO Box 932623  Atlanta, GA 31193 | | | | | | $166,386.36 |
| **Wenzel's Farm**  50 E 29th St  Marshfield, WI 54449 | | | | | | $0.00 |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  **Franchise Wholesale Co., L.L.C.**                          Case No.
                                           Debtor(s)                Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President & Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July  7, 2021**                    **/s/ Keith H. Merrick**
                                            **Keith H. Merrick**/**Vice President & Secretary**
                                            Signer/Title

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Franchise Wholesale Co., L.L.C.**  
_____ Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Franchise Wholesale Co., L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**U.S. Tobacco Cooperative Inc.**  
**1304 Annapolis Drive**  
**Raleigh, NC 27608**

☐ None [*Check if applicable*]

**July 7, 2021**  
Date

**/s/ Rebecca F. Redwine**  
**Rebecca F. Redwine**  
Signature of Attorney or Litigant  
Counsel for  **Franchise Wholesale Co., L.L.C.**  
**Hendren, Redwine & Malone, PLLC**  
**4600 Marriott Drive**  
**Suite 150**  
**Raleigh, NC 27612**  
**(919) 420-7867 Fax:(919) 420-0475**  
**rredwine@hendrenmalone.com**